Baley v. United States